IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY FRAZIER,

        Plaintiff,                  No. CIV S-10-0610 EFB P

    vs.

ARAMARK,

        Defendant.             <u>ORDER</u>

_____/

      Plaintiff is a prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff has been assessed an initial payment of $22.00. Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

////

1  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
2  pauperis application upon the Sheriff of Solano County and deliver a copy of this order to the
3  Clerk's financial division.
4  So ordered.
5  Dated: July 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE