1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODNEY FRAZIER,

11              Plaintiff,                    No. CIV S-10-0610 EFB P

12        vs.

13   ARAMARK,
                                              ORDER
14              Defendant.

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent.  *See* 28 U.S.C.

19   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(3).

20        On September 2, 2011, defendant Aramark filed a motion to dismiss on the ground that

21   plaintiff lacks standing, there is no longer a live controversy and that the matter is now moot.

22   *See* Fed. R. Civ. P. 12(b)(6).  Plaintiff failed to file an opposition or a statement of no opposition

23   to the motion to dismiss.

24        Accordingly, on December 5, 2011, the court gave plaintiff twenty-one days to file an

25   opposition or statement of non-opposition and warned him that failure to do so could result in

26   this action be dismissed.  *See* Fed. R. Civ. P. 41(b).  The time for acting has passed and plaintiff

1  has not filed an opposition, a statement of no opposition or otherwise responded to the court's

2  order.

3      Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff

4  has disobeyed this court's orders and failed to prosecute this action.  The appropriate sanction is

5  dismissal without prejudice.

6      Accordingly, it is ORDERED that this action is dismissed without prejudice.  *See* Fed. R.

7  Civ. P. 41(b).

8  Dated:  January 9, 2012.

9                     EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26