IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY FRAZIER,

      Plaintiff,                      No. CIV S-10-0610 EFB P

    vs.

ARAMARK,

                             ORDER

      Defendant.

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(3).

      On September 2, 2011, defendant Aramark filed a motion to dismiss on the ground that plaintiff lacks standing, there is no longer a live controversy and that the matter is now moot. *See* Fed. R. Civ. P. 12(b)(6). Plaintiff failed to file an opposition or a statement of no opposition to the motion to dismiss.

      Accordingly, on December 5, 2011, the court gave plaintiff twenty-one days to file an opposition or statement of non-opposition and warned him that failure to do so could result in this action be dismissed. *See* Fed. R. Civ. P. 41(b). The time for acting has passed and plaintiff

1 | has not filed an opposition, a statement of no opposition or otherwise responded to the court's
2 | order.
3 |     Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff
4 | has disobeyed this court's orders and failed to prosecute this action.  The appropriate sanction is
5 | dismissal without prejudice.
6 |     Accordingly, it is ORDERED that this action is dismissed without prejudice.  *See* Fed. R.
7 | Civ. P. 41(b).
8 | Dated:  January 9, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE